UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FATHI A. ELNAGGAR,

          Plaintiff,

v.

WILLIAM BARR, U.S. Attorney General, *et al.*,

          Defendants.

No. 19 Civ. 10389 (DLC)

**STIPULATION AND**
~~[PROPOSED]~~
**ORDER OF DISMISSAL**

WHEREAS, plaintiff Fathi A. Elnaggar ("plaintiff") filed this action on November 8, 2019, seeking adjudication of her Application for Naturalization (Form N-400); and

WHEREAS, plaintiff's Form N-400 has been approved;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed with prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       February 11, 2020

FRENKEL, HERSHKOWITZ &
SHAFRAN, LLP

By: _____
DAVID FRENKEL, ESQ.
49 West 37th Street, 9th Floor
New York, New York 10018
Telephone: (212) 679-4666
E-mail: dfrenkel@fhsllp.com
*Attorney for Plaintiff*

Dated: New York, New York
       February 11, 2020

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
SIMON NAKAJIMA
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2770
E-mail: simon.nakajima@usdoj.gov
*Attorney for Defendants*

SO ORDERED.

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE
2/11/20

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 2/12/2020